BEFORE THE FIRST DIVISION, JUNE 16, 1965

No. 69375.—Eldon Industries, Inc., et al. *v.* United States, protests 63/22769, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69376.—Charles Bruning Company, Inc. *v.* United States, protests 62/9419, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items of merchandise are, in fact, azo salts, the claim of the plaintiff was sustained.

No. 69377.—Azoplate Corporation *v.* United States, protest 63/16258 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the item of merchandise, designated on the invoice as "Diazo Diphenylamine (Para-Diazo Diphenylamine Sulfate 97.8%)," consists of azo salts, the claim of the plaintiff was sustained.